UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Christin Jacobson,

    Plaintiff

v.

Andrew Saul, Acting Commissioner of Social Security,

    Defendant

Case No.: 2:19-cv-0432-JAD-EJY

**Order Adopting
Report & Recommendation
and Dismissing Case**

[ECF No. 25]

    Christin Jacobson brought this action to challenge the outcome of her Social Security disability case but failed to file a motion for remand or any motion requesting relief. The magistrate judge ordered her to show cause why this case should not be dismissed due to this omission[1] and now recommends that I dismiss this action because, despite clear instructions and numerous opportunities to file an appropriate motion for relief, Jacobson has failed to do so.[2] The deadline for Jacobson to object to that recommendation expired with no objection or request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

    Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 25] is ADOPTED** in its entirety.

---

[1] ECF No. 22 (OSC).

[2] ECF No. 17 (order directing motion by 11/21/2019), ECF No. 24 (order directing motion by 4/1/2020), ECF No. 25 (R&R).

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that this action is DISMISSED. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: May 7, 2020

_____
U.S. District Judge Jennifer A. Dorsey